UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISA DIBENEDETTO,

                    Plaintiff,

-against-

DENNIS McDONALD, SLOANE ELIZABETH
McDONALD, CROCIFISS MONACHELLO, and
GIANNI MONACHELLO,

                    Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV-4357 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 10, 2006, dismissing the action under Fed. R. Civ. P. 12(b) for lack of personal jurisdiction; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the action for lack of personal jurisdiction.

Dated: Brooklyn, New York
       July 13, 2006

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court